# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| RUSSO CORPORATION, § | |
| § | |
| *Plaintiff*, § | |
| § | CIVIL ACTION NO. 5:22-CV-00039-RWS |
| v. § | |
| § | |
| STATELINE CONSTRUCTION, LLC § | |
| § | |
| *Defendant*, § | |
| § | |

## FINAL JUDGMENT

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned cause is **DISMISSED WITHOUT PREJUDICE**. All motions by either party not previously ruled on are hereby **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

**SIGNED this 5th day of August, 2022.**

*[signature: Robert W Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE